981 A.2d 1285

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Damon JONES, Petitioner.**

**No. 117 EM 2009.**

Supreme Court of Pennsylvania.

Sept. 22, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of September, 2009, the Petition for Permission to Appeal Interlocutory Order is **DENIED.**